**Jacoby & Meyers - Bankruptcy LLP**
Guillermo F. Geisse SBN 269685
428 J St. #420
Sacramento, CA 95831
Telephone: 888-303-0431
Facsimile: 916-444-8518

                UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** | ) Case No.: 2013-24341 |
| | ) |
| **Thomas Kimball, Jr.** | ) DCN: GFG-1 |
| | ) |
| **And,** | ) **MOTION TO VALUE COLLATERAL OF** |
| | ) **BANK OF AMERICA** |
| **Connis Kimball** | ) |
| | ) DATE: May 28, 2013 |
| Debtors | ) TIME: 1:30 p.m. |
| | ) Judge: McManus |
| | ) Location: United States Federal |
| | ) Courthouse |
| | ) 501 I St. |
| | ) Sacramento, CA 95814 |

   **Thomas and Connis Kimball** the debtors herein, bring this Motion to Value the Collateral of **BANK OF AMERICA**, pursuant to 11 U.S.C. § 506(a) and (d) and Federal Rules of Bankruptcy Procedure 3012.

   Debtor requests the court to value the collateral located at 2869 Rogue River Circle, West Sacramento CA 95691 that secures the Second Deed of Trust held by creditor, BANK OF AMERICA, for the purpose of bifurcating the amount of the creditor's secured and unsecured claims on this obligation. In the opinion of the Debtors (See Debtors' Declaration) their single family residence has a value of $275,000.00.

   The claim secured by the holder of the 1st Deed of Trust was $411,819.00 on the day of filing. Because the claim secured by

the 1st Deed of Trust exceeds the scheduled value of the collateral, the 2nd Deed of Trust therefore has a secured value of $0.00.

 WHEREFORE, Debtor and petitioner herein respectfully requests an order that the secured value of the collateral held by creditor BANK OF AMERICA be valued at $0.00.

Dated:4-23-13                    JACOBY & MEYERS BANKRUPTCY - LLP


                                 BY: /s/G.F. Geisse
                                      G.F. Geisse, Attorney