Case 13-24341    Filed 06/20/13    Doc 25

Jacoby & Meyers - Bankruptcy LLP
Guillermo F. Geisse SBN 269685
428 J St. #420
Sacramento, CA 95831
Telephone: 888-303-0431
Facsimile: 916-444-8518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 2013-24341 |
| Thomas Kimball, Jr. | DCN: GFG-1 |
| And, | ORDER |
| Connis Kimball | DATE: May 28, 2013 |
|     Debtors | TIME: 1:30 p.m. |
| | Judge: McManus |
| | Location: United States Federal Courthouse |
| | 501 I St. |
| | Sacramento, CA 95814 |

The hearing on Debtors' Motion to Value Collateral of Bank of America was heard by the Honorable Judge Michael S. McManus at the above stated date and time.  Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing,

**IT IS HEREBY ORDERED** that the secured value of the collateral held by creditor BANK OF AMERICA be valued at $0.00.

Dated: June 20, 2013

By the Court:

Michael S. McManus
United States Bankruptcy Judge

RECEIVED
June 18, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004849825

1