**3**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Thomas & Connis L. Kimball

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

-o0o-

IN THE MATTER OF

Kimball, Thomas
 SS#xxx-xx-2251
Kimball, Connis L.
 SS#xxx-xx-0184

              Debtors            /

CASE NO. 13-24341-A-13J
DOCKET CONTROL #:PGM-3
DATE:  May 11, 2015
TIME:  1:30 p.m.
DEPT#: A, Courtroom 28
Honorable Judge Michael S. McManus

**MOTION FOR ORDER APPROVING PERMANENT LOAN MODIFICATION**

Comes now, Debtors, Thomas and Connis L. Kimball, who by and through their attorney of record requests permission to enter into a loan modification agreement with Bank of America, N.A..

Debtor offers the following facts in support of this request:

1.  The Chapter 13 was filed on March 29, 2013.

2.  The Debtor has been in the Chapter 13 for 24 months.

3.  Debtor owns real property located at 2869 Rogue River Circle, West Sacramento, CA 95691.

4.  The Debtor has completed trial loan modification payments and has been offered a permanent loan modification.

-1-

5. The first modified payment in the amount of $1,672.33 at 2.000% will be due on May 1, 2015. Debtors will make this payment for a total of sixty months.

6. The modified principal balance of the Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to the debtor's Loan.

7. As of the Modification Effective Date the principal balance of the loan that will be due and payable is $400,430.03 (the "New Principal Balance").

8. $21,528.09 of the New Principal Balance shall be deferred and no interest or monthly payments will be made on this amount (the "Deferred Principal Balance").

9. The New Principal Balance, less the Deferred Principal Balance shall be referred to as the "Interest Bearing Principal Balance" and this amount is $378,901.94.

10. Debtors understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under the loan modification.

11. Interest at the rate of 2.000% will begin to accrue on the New Principal Balance as of April 1, 2015.

12. The Maturity Date will be April 1, 2055.

13. The agreement will not have any direct impact on the estate, the Trustee, or any other secured creditor in this case,

and/or any Discharge that the debtor may receive in this case.

    Respectfully submitted,

Date: April 9, 2015                  /s/ Peter G. Macaluso  
                                         Peter G. Macaluso, Attorney at Law